STATE of Missouri, Respondent,

v.

Henry Dean KOCH, Appellant.

No. WD 38689.

Missouri Court of Appeals, Western District.

July 14, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1987.

Application to Transfer Denied Oct. 13, 1987.

Sean D. O'Brien, Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jeffrey Philip Dix, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and PRITCHARD and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for three counts of involuntary manslaughter, in violation of § 565.024, RSMo Supp.1984, and one count of assault, second degree, in violation of § 565.060.1(4), RSMo Supp. 1984.

Judgment affirmed. Rule 30.25(b).